437 A.2d 936

## ESTATE OF Rebecca Roberts SHELLY, Deceased.

Appeal of Executrix of the ESTATE OF Peter PALLITTO, Rose K. Pallitto, and Rose K. Pallitto as Widow of Peter Pallitto.

Supreme Court of Pennsylvania.

Argued Oct. 22, 1981.

Decided Dec. 17, 1981.

William L. Huganir, Norristown, for appellant.

M. Paul Smith, Norristown, for Continental Bank.

David M. Jordan, Norristown, Lawrence Barth, Deputy Atty. Gen., for Raymond Pearlstine, etc., et al.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

### DECREE

PER CURIAM:

Decree affirmed. See *Shelly Estate*, 484 Pa. 322, 399 A.2d 98 (1979); *Shelly Estate*, 463 Pa. 430, 345 A.2d 596 (1975). Appellant to pay costs.